UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Wesley Gillespie,

                Plaintiff(s),

v.                                      Case No. 2:12−cv−12146−BAF−LJM
                                            Hon. Bernard A. Friedman

Voight Enterprises, Inc.,

                Defendant(s),

## ORDER TO SHOW CAUSE

IT IS HEREBY ORDERED that Plaintiff(s) SHOW CAUSE, in writing, by 8/21/2012, why the above−entitled case should not be dismissed for failure to prosecute, pursuant to E.D. Mich LR 41.2. Failure to respond may result in dismissal of the case.

                                              s/Bernard A. Friedman
                                              Bernard A. Friedman
                                              U.S. District Judge

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                              By: s/C. Mullins
                                                    Case Manager

Dated:   August 7, 2012