UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

WESLEY GILLESPIE, Individually,  :
:
        Plaintiff,  :
:
v.  :    Case No. 2:12-cv-12146
:
VOIGHT ENTERPRISES, INC  :
A Domestic Corporation  :
:
        Defendant.  :
_____/ :

| /s/ Pete M. Monismith | /s/ Louis Theros |
|---|---|
| PETE M. MONISMITH | Louis Theros |
| PETE M. MONISMITH, PC | Butzel Long |
| 3945 Forbes Avenue, | Suite 100 |
| Suite #175 | 150 West Jefferson Ave. |
| Pittsburg, Pennsylvania  15213 | Detroit, MI 48226 |
| Telephone:  (724) 610-1881 | Direct: 313 225 7039 |
| Facsimile (412) 258-1309 | theros@butzel.com |
| Pete@monismithlaw.com | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

### STIPULATED ORDER OF DISMISSAL, WITH PREJUDICE

The parties having stipulated to the entry of an Order dismissing the case with prejudice, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled cause **BE**, and hereby **IS**, **DISMISSED WITH PREJUDICE**, and without costs or attorney fees to any party.

                                    s/ Bernard A. Friedman

December 3, 2012           HON. BERNARD A. FRIEDMAN

                                    SENIOR DISTRICT COURT JUDGE

Case No. 2:12-cv-12146

The parties, through their counsel, hereby stipulate to the entry of the above Stipulated Order of Dismissal, With Prejudice.

| | |
|---|---|
| /s/ Pete M. Monismith<br>PETE M. MONISMITH<br>PETE M. MONISMITH, PC<br>3945 Forbes Avenue,<br>Suite #175<br>Pittsburg, Pennsylvania  15213<br>Telephone:  (724) 610-1881<br>Facsimile (412) 258-1309<br>Pete@monismithlaw.com<br>*Attorneys for Plaintiff*<br><br>Dated: November 29, 2012 | /s/ Louis Theros<br>Louis Theros<br>Butzel Long<br>Suite 100<br>150 West Jefferson Ave.<br>Detroit, MI 48226<br>Direct: 313 225 7039<br>theros@butzel.com<br><br>Dated: November 29, 2012 |